Argued July 27, affirmed July 27, 1973

STATE OF OREGON, *Respondent, v.* KENNETH
WILLIAM METZKER (No. 73-30-C),
*Appellant.*
511 P2d 1272

*J. Marvin Kuhn,* Deputy Public Defender, Salem,
argued the cause for appellant. On the brief were Gary
D. Babcock, Public Defender, and Robert C. Cannon,
Deputy Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Sa-
lem, argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and John
W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT,
Judges.

AFFIRMED FROM THE BENCH.